UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. CR24-166 RSM |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | DETENTION ORDER |
| MIGUEL HORACIO GASTELUM CORONEL, | **)** | |
| | **)** | |
| Defendant. | **)** | |

Offenses charged:

1. Conspiracy to Distribute Controlled Substances

2. Attempted Possession of Controlled Substances with Intent to Distribute

Date of Detention Hearing:    September 26, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02        1.        Defendant has been charged with a drug offense, the maximum penalty of which

03  is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05        2.        Defendant poses a risk of flight based his extensive connections to Mexico,

06  where he lives with family members, including his girlfriend and infant daughter.   He has no

07  connections to this District other than a cousin who resides here, and he only arrived in this

08  District seven days ago.   He poses a danger to the community based upon the nature of the

09  offense, involving a massive quantity of controlled substances, and there is evidence he was at

10  some point in possession of a firearm. The weight of the evidence, the least important factor,

11  also weighed in favor of detention, as Defendant made alleged admissions at the time of his

12  arrest related his role in a drug trafficking organization, and a large quantity of fentanyl and

13  methamphetamine was found at the residence he was entering at the time of his arrest.

14        3.        There does not appear to be any condition or combination of conditions that will

15  reasonably assure the defendant's appearance at future Court hearings and the safety of the

16  community.

17  It is therefore ORDERED:

18  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

19       General for confinement in a correction facility separate, to the extent practicable, from

20       persons awaiting or serving sentences or being held in custody pending appeal;

21  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22  3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01   in charge of the corrections facility in which defendant is confined shall deliver the

02   defendant to a United States Marshal for the purpose of an appearance in connection with a

03   court proceeding; and

04   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05   the defendant, to the United States Marshal, and to the United State Probation Services

06   Officer.

07        DATED this 26th Day of September, 2024.

08

09                                   _S. Kate Vaughan_____
                                     S. KATE VAUGHAN
10                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3